William H. WYATT, Jr.,
Plaintiff–Appellant,

v.

Morris JONES, Colonial; City of Petersburg, a Municipal Corporation organized under the laws of the Commonwealth of Virginia; C.A. Bryant, Individually and in his capacity as an Officer with the Petersburg Police Department; T.E. Individually and in His Capacity as an Officer with the Petersburg Police Department; Detective Individually and in his Capacity as an Officer of the Petersburg Police Department, Defendants–Appellees.

No. 03–1530.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 3, 2003.

William H. Wyatt, Jr., Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William H. Wyatt, Jr., seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Wyatt's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Wyatt v. Jones,* No. CA–03–247–3 (E.D. Va. filed Mar. 18, 2003 & entered Mar. 19, 2003; Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*